CHARLES T. HURLEY, Respondent, v. HELMAR GEORGE, Doing Business as HELMAR GEORGE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HENRY E. WAGNER, Appellant, v. GLENS FALLS INSURANCE COMPANY OF GLENS FALLS, NEW YORK, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY E. WAGNER, Appellant, v. AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, and Another, Respondents.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY E. WAGNER, Appellant, v. NORTH RIVER INSURANCE COMPANY OF NEW YORK and Another, Respondents.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY E. WAGNER, Appellant, v. SCOTTISH UNION AND NATIONAL INSURANCE COMPANY OF EDINBURGH and Another, Respondents.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY E. WAGNER, Appellant, v. NEW ZEALAND INSURANCE COMPANY OF AUCKLAND, NEW ZEALAND, and Another, Respondents.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

OBADIAH C. WAGNER, Appellant, v. SCOTTISH UNION AND NATIONAL INSURANCE COMPANY OF EDINBURGH, Respondent.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

OBADIAH C. WAGNER, Appellant, v. PHOENIX ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, Respondent.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY E. WAGNER, Appellant, v. NATIONAL LIBERTY INSURANCE COMPANY OF NEW YORK and Another, Respondents.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY E. WAGNER, Appellant, v. PHOENIX ASSURANCE COMPANY, LTD., OF LONDON, ENGLAND, and Another, Respondents.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HENRY E. WAGNER, Appellant, v. BOSTON INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, and Another, Respondents.— Order affirmed, without costs of this appeal to either party, on the ground of laches. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DELAWARE HILL DEVELOPMENT COMPANY, Respondent, v. GEORGE T. BALLACHEY and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.